UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OLLIE M. HOLLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV809 HEA |
| ) | |
| THOMAS L. NELLUMS, SR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon the application of Ollie M. Hollman for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that plaintiff is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**. *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this 27th day of April, 2007.

 

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE