UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

OLLIE HOLLMAN,              )
             Plaintiff,     )
    vs.                     )        Case No. 4:07CV809 HEA
THOMAS L. NELLUMS, SR.,     )
             Defendant.     )

## ORDER

This matter is before the court on Plaintiff's "Memorandum for Clerk, Amendment of Pleading" which Plaintiff submitted on August 1, 2007. Plaintiff is proceeding *pro se* in this matter. The Memorandum submitted by Plaintiff appears to present exhibits in support of Plaintiff's original Complaint and disclose the identity of individuals with knowledge of the matters underlying this case, pursuant to Rule 26 of the Federal Rules of Civil Procedure. Having reviewed these submissions, the Court will allow the filing of these as exhibits to the Complaint and as Rule 26 disclosures, with the following proviso: the Clerk of the Court is ordered to redact any reference to Plaintiff's Social Security Number form any of Plaintiff's submissions prior to docketing these documents for public review.

Dated this 6th day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE