UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OLLIE M. HOLLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV809 HEA |
| | ) |
| THOMAS L. NELLUMS, SR., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion For Continuance of Trial and amendment of Case Management Order [Doc. #53] is granted and that the trial setting in this matter is vacated..

**IT IS FURTHER ORDERED** that the trial in this matter is reset to Monday, November 17, 2008.

Dated this 12th day of September, 2008.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE